**94–1290. U.S. Corrections Corp. v. Ohio Dept. of Indus. Relations.**
Hamilton App. Nos. C–920814 and C–920820. On motion to withdraw motion for specific order of payment as county commissioners have made payment of legal fees. Motion granted.

**94–2459. State ex rel. Reamer v. Indus. Comm.**
Franklin App. No. 93APD08–1177. On request for oral argument. Request denied.

**96–229. State v. Reynolds.**
Erie App. No. E–95–041. On motion to dismiss appeal as improvidently allowed. Motion denied.
    Resnick, J., not participating.

**96–346. State v. Baker.**
Montgomery App. No. 15051. On motion for leave to supplement the record. Motion granted.

**96–1094. Crabtree v. Franklin Cty. Bd. of Health.**
Franklin App. No. 96APD01–70. On request for oral argument. Request denied.

**96–1376. State v. Dennis.**
Summit App. No. 17156. This cause is pending as an appeal from the Court of Appeals for Summit County. On September 27, 1996, counsel for appellee filed a document titled "State of Ohio's Motion for Relief Pursuant to S.Ct.Prac.R. XIV, Sec. 4" and "State of Ohio's Motion for Relief Pursuant to S.Ct.Prac.R. XIV, Sec. 4, to be Heard at Oral Argument Pursuant to S.Ct.Prac.R. IX, Sec. 1(A)(1)." Counsel for appellee apparently attempted to redact certain portions of the document by drawing a line through them and initialing the modifications in order to avoid rejection of the document under S.Ct.Prac.R. XIV(1)(C). That rule prohibits the filing of a motion to waive the filing deadlines imposed by the Rules of Practice. Whereas the document filed by appellee, despite the attempted redactions, places before the court a prohibited pleading, it violates S.Ct.Prac.R. XIV(1)(C) and, therefore,

IT IS ORDERED by the court, *sua sponte,* that the document be, and hereby is, stricken.

**96–1399. State v. Munford.**
Darke App. No. 1300. On motion for leave to file delayed appeal. Motion denied.

**96–1539. Lucas Cty. Commrs. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–1135–GA–CSS. On motion for leave to intervene of Columbia Gas of Ohio, Inc. Motion granted.

**96–1901. Clyde v. Pub. Util. Comm.**
On motion for leave to intervene of Continental Cablevision of Ohio, Inc. Motion granted.

**96–2022. State v. Buskirk.**
Cuyahoga App. No. 57800. On motion for leave to file delayed appeal. Motion denied.

**96–2087. State v. McCormick.**
Jackson App. No. 95CA765. On motion for leave to file delayed appeal. Motion granted.
    Douglas, Resnick and F.E. Sweeney, JJ., dissent.

**96–2098. State v. Graceffo.**
Cuyahoga App. No. 55553. On motion for leave to file delayed appeal. Motion denied.
    Moyer, C.J., dissents.

**96–2111. State v. Corns.**
Stark App. No. CA9172. On motion for leave to file delayed appeal. Motion denied.

**96–2112. State v. Nichols.**
Franklin App. No. 92AP–346. On motion for leave to file delayed appeal. Motion denied.